# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JAMES MILLER; ASHLEY LEON; DAMESHA CHRISTOPHER;<br><br>Plaintiffs,<br><br>v.<br><br>LS & PARTNERS @ CA, LLC; LS AND PARTNERS AT LAX, LLC; PARADIES LAGARDERE @ LAX (F&B), LLC; PARADIES LAGARDERE @ LAX, LLC; DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 2:18-cv-7077 JAK (PJWx)<br><br>**ORDER RE STIPULATION TO REMAND TO STATE COURT (DKT. 17)**<br><br>**JS-6** |

Having considered the parties' Stipulation to Remand to State Court ("Stipulation" (Dkt. 17)), and good cause appearing, the Stipulation is **GRANTED.** This action is remanded to the Superior Court for the State of California, County of Los Angeles at the Stanley Mosk Courthouse (Case No. BC707660).

IT IS SO ORDERED.

Dated: September 26, 2018

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE